**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Enrique B. MEYERS, Defendant—
Appellant.**

**No. 03–50255.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 19, 2005.

U.S. Attorney, USSD—Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Walter K. Pyle, Esq., Berkeley, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

MEMORANDUM **

Enrique B. Meyers appeals his 72-month sentence imposed following a jury trial conviction for bringing an illegal alien without permission in violation of 8 U.S.C. § 1324(a)(2)(B)(iii). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.